UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SUSANNE BERNS,

    Plaintiff,

and

PROFESSIONAL TRANSPORTATION, INC.,

    Involuntary Plaintiff,

v.                                          Case No. 14-cv-328-pp

UNION PACIFIC RAILROAD COMPANY,

    Defendant and Third-Party Plaintiff,

v.

CUSA CSS, LLC and
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH PA,

    Third-Party Defendants.

## ORDER APPROVING WIS. STAT. §102.29 STIPULATION (DKT. NO. 45) AND DISMISSING CASE

On March 23, 2019, the parties informed the court that they had resolved the case, and that they anticipated filing settlement documents within sixty days. Dkt. No. 44. The court administratively closed the case until the parties could file their settlement documents; it told the parties that once they filed the documents, it would convert the closure to the resolution reflected in them. Id. On May 4, 2018, the parties filed a stipulation under Wis. Stat.

§102.29, and asked the court to dismiss the case. Dkt. No. 45. Under the terms of the settlement, the third-party defendants have agreed to make settlement payments in the total sum of $492,222, id. at 1, to be distributed in the manner described in the stipulation, id. at 2.

The court **APPROVES** the stipulation. Dkt. No. 45. The court **ORDERS** that, under Wis. Stat. §102.29, the parties' total settlement of $492,222.00 shall be distributed as follows:

| | |
|---|---|
| $133,235.89 | Payment to Hoey and Farina, P.C. (attorney's costs and fees) |
| $142,222.00 | Payment to Professional Transportation, Inc. (payment of medical expenses and indemnity benefits) |
| $19,764.11 | Payment into Medicare (future medical costs) |
| $197,000.00 | Payment to Susanne Berns |

The court **APPROVES** the above distribution of proceeds under the provisions of Wis. Stat. §102.29.

The court **ORDERS** that the case is **DISMISSED** with prejudice and without costs to either party. The dismissal includes all claims, cross-claims, counterclaims and causes of action in the pleadings.

Dated in Milwaukee, Wisconsin this 15th day of May, 2018.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**